## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 11th day of January, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

Jane S. Welch, Esquire
Daniel J. McGarry, Esquire
*Rider Bennett, LLP*
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402

_____
Mary E. Augustine (No. 4477)

610110v1       3